# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNOPES MEDIA GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> BARBARA MIKKELSON, <br><br> Defendant. | Case No. 21-cv-1730-BAS-DEB <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE (ECF No. 17)** |

Pending before the Court is the parties' joint motion pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii) to dismiss the above-captioned action. (Joint Mot., ECF No. 17.)

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *or* (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a compliant notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P. 41(a)(1)(B). However, the local civil rules of this district require that where, as here,

1  litigants seek voluntary dismissal pursuant to stipulation, in accordance with Rule
2  41(a)(1)(A)(ii), the stipulation of dismissal must be filed as a joint motion.[1]
3  　　　　Having considered the parties' submission, the Court **GRANTS** Joint Motion. (ECF
4  No. 17.) Thus, the Court **DISMISSES WITH PREJUDICE** the action against Defendant.
5  Each party shall bear its own costs and attorney fees. The Clerk of Court is directed to
6  close the case.
7  　　　　**IT IS SO ORDERED.**
8  **DATED: September 7, 2022**

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.